# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0451
LT Case Nos. 2019-CF-001200-A
2019-CF-000443-A
2019-CF-000121-A

———————————————

ALLYN S. GILBERT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.850 Appeal from the Circuit Court for Marion County.
Robert William Hodges, Judge.

Allyn S. Gilbert, Indiantown, pro se.

No Appearance for Appellee.

March 11, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY, HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____